UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-62686-CIV-ZLOCH

WILLIAM L. TAYLOR,

      Plaintiff,

**FINAL ORDER APPROVING AND ENTERING CONSENT DECREE AND DISMISSING CASE**

vs.

YUEN AND WU, INC.,

      Defendant.
_____/

    THIS MATTER is before the Court upon the Joint Stipulation To Approve Consent Decree And To Dismiss With Prejudice (DE 24) filed herein by all Parties.  The Court has carefully reviewed said Stipulation, the entire court file and is otherwise fully advised in the premises.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1. The Joint Stipulation To Approve Consent Decree And To Dismiss With Prejudice (DE 24) filed herein by all Parties, be and the same is hereby approved, adopted, and ratified by the Court;

    2. The Parties' Consent Decree (DE 24-1) be and the same is hereby approved, adopted, and ratified by the Court;

    3. The above-styled cause be and the same is hereby **DISMISSED** with prejudice;

    4. To the extent not otherwise disposed of herein, all pending

motions are **DENIED** as moot; and

    5. The Court will retain jurisdiction over the above-styled cause solely for the purpose of enforcing the Parties' Consent Decree (DE 24-1).

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this __27th__ day of November, 2012.

                                          WILLIAM J. ZLOCH
                                          United States District Judge

Copies furnished:

All Counsel of Record